# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   JOHN A. KERR & ROSEMARY G. KERR                   Case Number: 07-70628
         803 S. BROADWAY                      SSN-xxx-xx-1242 & xxx-xx-6692
         MCHENRY, IL  60050

|  |  |  |
|---|---|---|
| Case filed on: | | 3/20/2007 |
| Plan Confirmed on: | | |

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $839.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 2,774.00 | 2,774.00 | 458.18 | 0.00 |
| | Total Legal | 2,774.00 | 2,774.00 | 458.18 | 0.00 |
| | | | | | |
| 003 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 007 | JOHN A. KERR | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN A. KERR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | AMERICA'S SERVICING COMPANY | 27,954.77 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 3,218.46 | 3,218.46 | 296.38 | 31.91 |
| | Total Secured | 31,173.23 | 3,218.46 | 296.38 | 31.91 |
| | | | | | |
| 002 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | EMERGENCY MED GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | JOHNSON MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | UROLOGY, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 33,947.23 | 5,992.46 | 754.56 | 31.91 |

| | |
|---|---|
| Total Paid Claimant: | $786.47 |
| Trustee Allowance: | $52.53 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan